UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TROY J OLMSTED and
JEROME METCALFE,

        Plaintiffs,

    v.                                            Case No. 09-C-880

GOVERNOR JAMES E DOYLE, JR,
in the personal and official capacities, et al.,

        Defendants.

## ORDER DENYING MOTION TO ALTER JUDGMENT

        Defendants in the above matter have moved the Court to certify a class and appoint counsel. The case has previously been dismissed for failure to state a claim upon which relief can be granted. Judgment was entered on December 10, 2009. Given the Court's previous ruling, the motion to alter the judgment by certifying the class or appointing counsel will be denied.

        **SO ORDERED** this   17th   day of December, 2009.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge